In the Matter of the Application of EUGENE W. WILCOX for an Order Directing the MUTUAL LIFE INSURANCE COMPANY OF NEW YORK CITY to Substitute in His Two Policies Such Beneficiary as He May Nominate.

ALICE A. LOTT, Appellant; EUGENE W. WILCOX, JR., et al., Respondents.

*Appeal — unanimous affirmance of order denying motion to vacate or set aside prior order — appeal dismissed.*

Matter of *Wilcox*, 199 App. Div. 955, appeal dismissed.

(Submitted March 1, 1922; decided March 21, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 23, 1921, which unanimously affirmed an order of Special Term denying a motion to vacate or set aside a prior order directing the substitution of certain beneficiaries in two policies of life insurance.

*Frank F. Williams* for appellant.

*Charles G. Signor* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.